IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Arlene F. Sams, | ) | C/A No.: 1:18-cv-01957-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On September 26, 2019, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. In the motion, Plaintiff requested attorney's fees in the amount of $3,150.50. On October 10, 2019, Defendant filed a response in support indicating no objection to Plaintiff's requested EAJA award.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the Defendant to pay the sum of $3,150.50 for attorney's fees, pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to his attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

October 15, 2019  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge